IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEIL DONALD CARROW,

        Plaintiff,                   No. CIV S-08-0388 LKK EFB P

        vs.

SACRAMENTO COUNTY
SHERIFF, et al.,

        Defendants.            ORDER

                           /

       Plaintiff is confined in a county jail and is proceeding without counsel. While he styles his filing, "Writ of Habeas Corpus," he seeks injunctive relief to remedy allegedly unconstitutional conditions of confinement. An action under 42 U.S.C. § 1983 is the remedy for allegedly unconstitutional conditions of confinement. *See Nelson v. Campbell*, 541 U.S. 637, 643 (2004); *Preiser v. Rodriguez*, 411 U.S. 475, 498-99 (1973). The court thus construes this action as having been brought under § 1983.

       To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

       Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

1

1    Accordingly, plaintiff has 30 days from the date of service of this order to submit either

2  the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

3  to plaintiff a form application for leave to proceed *in forma pauperis*.  Failure to comply with

4  this order will result in a recommendation that this action be dismissed.

5    So ordered.

6  Dated:  May 15, 2009.

EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26