IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEIL DONALD CARROW,

    Plaintiff,

vs.

SACRAMENTO COUNTY SHERIFF, et al.,

    Defendants.

No. CIV S-08-0388 LKK EFB P

FINDINGS AND RECOMMENDATIONS

/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    On May 15, 2009, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Plaintiff was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned plaintiff that failure to comply would result in a

---

[1] Although styled a "Writ of Habeas Corpus," the court's May 15, 2009, order construed this action as one pursuant to 42 U.S.C. § 1983 because plaintiff sought only injunctive relief relative to his conditions of confinement.

1

recommendation that this action be dismissed.

The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* application or complaint, or otherwise responded to the court's order.[2]

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 17, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

2